1  JOSEPH LAVI, CA Bar No. 209776
   jlavi@lelawfirm.com
2  VINCENT C. GRANBERRY, CA Bar No. 2764873
   vgranberry@lelawfirm.com
3  S. PHILLIP SONG, CA Bar No. 326572
   psong@lelawfirm.com
4  LAVI & EBRAHIMIAN, LLP
   8889 W. Olympic Blvd., Suite 200
5  Beverly Hills, California 90211
   Telephone:  (310) 432-0000
6  Facsimile:   (310) 432-0001

7  Attorneys for Plaintiff

8  [*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT

# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE LEDESMA, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>SELECT EMPLOYMENT SERVICES, INC., a corporation; CONCENTRA HEALTH SERVICES, INC., a corporation; SELECT MEDICAL CORPORATION, a corporation,<br><br>        Defendants. | Case No. 2:22-cv-03716 AB (MAAx)<br><br>**STIPULATION OF DISMISSAL PER FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 27, 2022<br>Trial Date:      None Set<br>Dist. Judge:    Hon. Andre Birotte, Jr.<br>Mag. Judge:   Hon. Maria A. Audero |

Case No.  2:22-cv-03716 AB (MAAx)

STIPULATION OF DISMISSAL

1  CHARLES L. THOMPSON, IV, CA Bar No. 139927
   charles.thompson@ogletree.com
2  JARED L. PALMER, CA Bar No. 287974
   jared.palmer@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
4  San Francisco, CA  94111
   Telephone:  415-442-4810
5  Facsimile:   415-442-4870

6  ALEXANDER M. CHEMERS, CA Bar No. 263726
   alexander.chemers@ogletree.com
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
8  Los Angeles, CA  90071
   Telephone:  213-239-9800
9  Facsimile:   213-239-9045

10 Attorneys for Defendant
   SELECT EMPLOYMENT SERVICES, INC.,
11 CONCENTRA HEALTH SERVICES, INC., and
   SELECT MEDICAL CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  2:22-cv-03716 AB (MAAx)

STIPULATION OF DISMISSAL

Plaintiff YVONNE LEDESMA ("Plaintiff"), individually and on behalf of all persons similarly situated, and Defendants SELECT EMPLOYMENT SERVICES, INC., CONCENTRA HEALTH SERVICES, INC., and SELECT MEDICAL CORPORATION ("Defendants"), submit this Stipulation of Dismissal.

On May 31, 2023, Plaintiffs Yvonne Ledesma and Christina Villanueva filed a consolidated complaint in San Diego County Superior Court (San Diego County Case No. 37-2023-00022888-CU-OE-CTL) and will seek approval of their settlement in that case. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

Plaintiff and Defendants hereby stipulate to voluntarily dismiss the instant action.

DATED: August 7, 2023

LAVI & EBRAHIMIAN, LLP

By: /s/ S. Phillip Song
    JOSEPH LAVI
    VINCENT C. GRANBERRY
    S. PHILLIP SONG

Attorneys for Plaintiff
CHRISTINA VILLANUEVA

DATED: August 7, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Jared L. Palmer
    CHARLES L. THOMPSON, IV
    ALEXANDER M. CHEMERS
    JARED L. PALMER

Attorneys for Defendants
SELECT EMPLOYMENT SERVICES, INC., CONCENTRA HEALTH SERVICES, INC., and SELECT MEDICAL CORPORATION